```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Malik Knox,

Defendant.

---

21-cr-46 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court will hear the bail appeal in this case on Monday, January 25, 2021, at 12:00 p.m., by AT&T teleconference. The parties and members of the public may access the proceeding at the scheduled time by calling (888) 363-4749 and using access code 919-6964.

SO ORDERED.

Dated: January 25, 2021
       New York, New York

                                        ALISON J. NATHAN
                              United States District Judge
                                            Part I