```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

—v—

Malik Knox,

         Defendant.

21-cr-46 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    For the reasons stated on the record in the bail appeal hearing conducted on January 25, 2021, the Court finds that the Government has established that the Defendant's release would pose a danger to the community, and the Defendant has not overcome the presumption of detention. The Court thus ORDERS that the Defendant shall be detained pending trial.

SO ORDERED.

Dated: January 25, 2021
      New York, New York

                                    ALISON J. NATHAN
                              United States District Judge
                                        Part I