

GELBER + SANTILLO

April 5, 2021

**VIA ECF**

The Honorable George B. Daniels, U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 5 2021

Re: *United States v. Knox*, 1:21-cr-46-GBD

Dear Judge Daniels,

On January 22, 2021, I was appointed to represent Malik Knox as CJA counsel. I write to respectfully request that associate counsel be appointed to assist me in the case. Specifically, I write to request that Samuel Steinbock-Pratt, an Associate and fulltime employee at my firm, be approved to work for an initial amount of up to 50 hours, *nunc pro tunc* to January 22, 2021. As set forth in his attached resume, Mr. Steinbock-Pratt is an attorney who graduated from McGill University and New York University School of Law, worked as an appellate public defender at the Center for Appellate Litigation, and clerked for two federal judges, which included work on criminal matters. He has assisted me on several other CJA matters.

Mr. Knox is charged with one count of using and discharging a firearm during and in relation to a drug trafficking offense, which carries a 10-year mandatory minimum sentence. The Government has thus far produced multiple hours of interrogation and surveillance footage; police reports; ballistics analysis evidence; returns of multiple subpoenas and search warrants for social media accounts and cell phone subscriber information; and the results of two large cell phone extractions. I believe that Mr. Steinbock-Pratt's assistance is necessary to efficiently review the discovery and to represent Mr. Knox effectively.

Thank you for your consideration.

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: **APR 0 5 2021**

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371