UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

MALIK KNOX,

                      Defendant.

------------------------------------------x

ORDER

21 Cr. 46 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference scheduled to occur on April 27, 2021 is adjourned to May 5, 2021 at 9:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
       April 19, 2021

SO ORDERED.

*[signature: George B. Daniels]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE