UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

MALIK KNOX,

               Defendant.

---------------------------------------- x

ORDER

21 Cr. 46 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled to occur on July 13, 2021 is adjourned to August 3, 2021 at 10:00 a.m.

Dated: New York, New York
      July 7, 2021

SO ORDERED.

GEORGE B. DANIELS
United States District Judge