

U.S. Department of Justice

United States Attorney
Southern District of New York

One St. Andrew's Plaza
New York, New York 10007

July 15, 2021

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUL 20 2021

Re: **United States v. Malik Knox,
21 Cr. 46 (GBD)**

Dear Judge Daniels:

The Government writes, with the consent of defense counsel, to respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and August 3, 2021, the date of the next pretrial conference. The Government submits that the ends of justice served by the granting of such request outweigh the best interests of the public and the defendant in a speedy trial because, among other things, the continuance will allow time for the defendant to review the discovery in the case and for the parties to engage in discussions regarding a potential pre-trial disposition of this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____/s/_____
Alexandra N. Rothman
Assistant United States Attorney
(212) 637-2580

cc: Kristen Santillo, Esq. (ECF)