USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUL 2 6 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

MALIK KNOX,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

21 Cr. 46 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled to occur on August 3, 2021 is adjourned to August 10, 2021 at 10:00 a.m.

Dated: New York, New York
       July 26, 2021

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge