UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

MALIK KNOX,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 03 2021

ORDER

21 Cr. 46 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled to occur on August 10, 2021 is adjourned to September 28, 2021 at 10:00 a.m.

Dated: New York, New York
       August 3, 2021

                                                SO ORDERED.

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Judge