**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

UNITED STATES OF AMERICA,

-against-

MALIK KNOX,

------------------------------------------x

ORDER

21 Cr. 46 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled to occur on September 28, 2021 is adjourned to November 2, 2021 at 9:45 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
September 27, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge