**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x

UNITED STATES OF AMERICA,                  :

NOV 0 8 2021

:

ORDER

:

-against-                                  :          21 Cr. 46 (GBD)

MALIK KNOX,                                 :

---------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The parties' proposed briefing schedule is GRANTED.  Defense motions are due February

4, 2022.  Government response is due March 4, 2022.  Defense reply is due March 18, 2022.   The

status conference is adjourned to February 8, 2022 at 9:45 a.m.  Time is excluded in the interest of

justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York

November 8, 2021

SO ORDERED.

_George B. Daniels_

GEORGE B. DANIELS

United States District Judge