

December 10, 2021

**VIA ECF**
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: DEC 1 4 2021

Re: *United States v. Malik Knox*, 21-cr-46-GBD

Dear Judge Daniels:

I am counsel to defendant Malik Knox in the above-captioned case. I write pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4 to seek the Court's permission to withdraw my appearance in this action. I have resigned my position at Gelber & Santillo PLLC, effective December 10, 2021, to begin employment at a public defender office.

Kristen M. Santillo, who was appointed lead counsel for Mr. Knox under the Criminal Justice Act and whom I have been assisting, will continue to represent Mr. Knox in this matter for all future proceedings. Ms. Santillo is fully acquainted with the case and my withdrawal will not delay or impede this action.

I am not asserting any retaining or charging lien. I have provided a copy of this letter to Mr. Knox.

Very truly yours,

/s/ Samuel Steinbock-Pratt
Samuel Steinbock-Pratt

Cc: All counsel of record (via ECF)