**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                                  :

                                                                             :                    ORDER

                                                                             :

             -against-                                                   :                    21 Cr. 46 (GBD)

                                                                             :

MALIK KNOX,                                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

     A change of plea hearing is scheduled for March 8, 2022 at 9:45 am.

Dated: New York, New York

      February 15, 2022

                                     SO ORDERED.

                                     GEORGE B. DANIELS

                                     United States District Judge