UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

            -against-

MALIK KNOX,

------------------------------------- x

ORDER

21 Cr. 46 (GBD)

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: FEB 16 2022*

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the letter motion at ECF No. 23.

Dated: New York, New York
      February 16, 2022

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge