**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

MALIK KNOX,

------------------------------------------x

ORDER

21 Cr. 46 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The sentencing currently scheduled for July 19, 2022 is adjourned to July 26, 2022 at 10am.

Dated: New York, New York
       July 18, 2022

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge